ORIGINAL

FILED
OCT 2 4 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **CGI FEDERAL INC.,** <br> **Plaintiff,** <br> **v.** <br> **THE UNITED STATES OF AMERICA,** <br> **Defendant.** | No. 07-741 C <br> Judge__________ |

**NOTICE OF DIRECTLY RELATED CASES UNDER RCFC 40.2**

Pursuant to Rule 40.2 of the Rules of the Court of Federal Claims, Plaintiff, CGI Federal Inc. ("CGI"), by undersigned counsel of record, submits the foregoing notice of directly related earlier-filed cases. Serco Inc. v. United States, Civ. No. 07-691C, and Stanley Associates, Inc. v. United States, Civ. No. 07-732C, have been consolidated and are currently pending before Judge Allegra. Both the Serco Inc. ("Serco") and Stanley Associates, Inc. ("Stanley Associates") matters are directly related to this action because each is a bid protest involving the same GSA procurement that is at issue in CGI's protest. CGI believes that assignment of its case to Judge Allegra, and consolidation with the Serco and Stanley Associates protests, is likely to conserve judicial resources and promote an efficient determination of the actions.

Respectfully submitted,

Patricia H. Wittie
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3493 (Direct dial)
202-293-6111 (Direct fax)
pwittie@obblaw.com

Counsel of Record for Plaintiff
CGI Federal Inc.

Dated: October 24, 2007

Of Counsel:

Karla J. Letsche
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3491 (Direct dial)
202-293-6111 (Direct fax)
kletsche@obblaw.com

Kathryn E. Swisher
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3496 (Direct dial)
202-293-6111 (Direct fax)
kswisher@obblaw.com