ORIGINAL

FILED
OCT 24 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | | |
|---|---|---|
| **CGI FEDERAL INC.,** Plaintiff, | ) | No. 07-741 C |
| v. | ) | Judge______ |
| **THE UNITED STATES OF AMERICA,** Defendant. | ) | |

## DISCLOSURE STATEMENT UNDER RCFC 7.1

Pursuant to Rule 7.1 of the Rules of the Court of Federal Claims, Plaintiff, CGI Federal Inc., by undersigned counsel of record, discloses that (1) CGI Federal Inc. is a wholly owned subsidiary of CGI Technologies and Solutions Inc. CGI Technologies and Solutions Inc. is a wholly owned subsidiary of CGI Group Holdings USA Inc., which is a wholly owned subsidiary of CGI Group Inc., a publicly held corporation; and (2) no publicly held corporation owns 10% or more of Plaintiff's stock.

Respectfully submitted,

Patricia H. Wittie

Patricia H. Wittie
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3493 (Direct dial)
202-293-6111 (Direct fax)
pwittie@obblaw.com

Counsel of Record for Plaintiff
CGI Federal Inc.

Dated: October 24, 2007