ORIGINAL

FILED
OCT 24 2007
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

| | |
|---|---|
| **CGI FEDERAL INC.,** Plaintiff, v. **THE UNITED STATES OF AMERICA,** Defendant. | No. 07-741 C<br>Judge________ |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Pursuant to Appendix C, ¶ 4 of the Rules of the Court of Federal Claims, Plaintiff CGI Federal Inc. ("CGI"), by undersigned counsel of record, respectfully requests leave of the Court to file its Complaint in the above-captioned action under seal. The Complaint contains confidential and proprietary business information relating to Plaintiff and its proposal under the solicitation at issue. It also contains information about the Government's source selection process disclosed to Plaintiff in its debriefing. In accordance with Appendix C, ¶ 6, Plaintiff is concurrently filing a redacted copy of the Complaint. Additionally, by separate motion filed concurrently, Plaintiff seeks entry of a protective order (Form 8).

Respectfully submitted,

Patricia H. Wittie

Patricia H. Wittie
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3493 (Direct dial)
202-293-6111 (Direct fax)
pwittie@obblaw.com

Counsel of Record for Plaintiff
CGI Federal Inc.

Dated: October 24, 2007

Of Counsel:

Karla J. Letsche
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3491 (Direct dial)
202-293-6111 (Direct fax)
kletsche@obblaw.com

Kathryn E. Swisher
**OLDAKER, BIDEN & BELAIR, LLP**
818 Connecticut Ave. NW, Ste. 1100
Washington, DC 20006
202-496-3496 (Direct dial)
202-293-6111 (Direct fax)
kswisher@obblaw.com